UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

---

JOSEPH M. KAPRAL, SR., and JANE ARNOLD,

                     Plaintiffs,

v.

DePUY, INC. ET AL,

                     Defendants.

**ATTORNEY AFFIDAVIT**

MDL No.: 3:11-md-02244

Case No. 3:14-cv-02021-K

---

I, MICHAEL A. BOTTAR, ESQ., being sworn, say:

1. I am a member of Bottar, Law, PLLC, attorney for the plaintiffs.

2. I submit this affidavit in response to the Court's electronic Order to Show Cause dated March 25, 2022.

3. Joseph M. Kapral, Sr., died on January 19, 2020.

4. At the time of his death, Mr. Kapral's left hip implant was unrevised.

5. At the time of his death, Mr. Kapral was married to Jane Arnold.

6. Ms. Arnold consents to the discontinuance and/or dismissal of Mr. Arnold's claims, as well as her derivative claim.

Dated: April 15, 2022

BOTTAR LAW, PLLC

By: Michael A. Bottar, Esq.
NDNY Bar Roll No: 512620
NY Reg. No.: 4227609
120 Madison Street, Suite 1300
Syracuse, New York 13202
T: (315) 422-3466
E: mab@bottarlaw.com

Sworn to before me this 15th day of April, 2022

_____
Notary Public

SABRE M. MADDOCK-BRACY
Notary Public, State of New York
No. 01MA6256760
Qualified in Cayuga County
Commission Expires March 5, 2024